

# NUMBER 13-08-00117-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE ANTONIO BEJARAN, JR.

---

## On Petition for Writ of Mandamus.

---

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Vela
### Per Curiam Memorandum Opinion[1]

Relator, Antonio Bejaran, Jr., filed a petition for writ of mandamus in the above cause on March 3, 2008.  This petition for writ of mandamus was originally filed in this Court as a criminal, rather than civil, cause.  Based on recent analysis from the Texas Court of Criminal Appeals, however, we will transfer this matter to our civil cause number 13-08-00630-CV, and will consider it therein.  *See In re Johnson*, No. AP-75,898, slip. op.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

¶ 22 (Tex. Crim. App. Oct. 29, 2008) (orig. proceeding), *available at* http://www.cca.courts.state.tx.us/OPINIONS/HTMLOPINIONINFO.ASP?OPINIONID=17 534.  Therefore, this criminal cause is hereby DISMISSED.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 12th day of November, 2008.